At the Gamez Court

FOR THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriel Gamez,<br><br>      Plaintiff.<br><br>v.<br><br>Greystar Real Estate Partners, LLC, et al.<br><br>      Defendants. | No. 2:23-cv-00015-TOR<br><br>NOTICE OF APPEAL |

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*
*JUN 09 2023*
*SEAN F. McAVOY, CLERK*
*_____ DEPUTY*
*SPOKANE, WASHINGTON*

Gabriel Gamez, Plaintiff in the above case, hereby appeals the order dismissing this case to the United States Court of Appeals for the Ninth Circuit. See: ECF 22.

A fee is not required for this appeal pursuant to Plaintiff's rights as secured by the First Amendment of the United States Constitution, and Article 1, Section 10 of the Washington Constitution.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1).]

_____

Gabriel Gamez, Plaintiff

On this ninth day of June, 2023 A.D.

**CERTIFICATE OF SERVICE**

I, Gabriel Gamez, certify that a copy of the foregoing was provided via regular mail to the below listed persons on this ninth day of June, 2023 A.D.

Greystar Real Estate Partners, LLC
℅ Bob Faith, CEO
711 Capitol Way S, Ste 204
Olympia, WA, 98501-1267

Twelve 925 East Mansfield Owner III, LLC, dba Trillium
℅ Casey Fairburn
12925 E Mansfield Ave
Spokane Valley, WA 99216

Armitage & Thompson, PLLC
℅ Nik O. Armitage,
JJ Thompson,
Ericka Reynolds,
Jessica A. Thompson
220 W. Main Avenue
Spokane, WA 99201
Fax: (509) 694-2262
Email: noa@law-wa.com, jjt@law-wa.com, ericka@law-wa.com, JAT@law-wa.com

Spokane County Superior Court
℅ Marla L. Polin,
Julie McKay,
Michelle Ressa,
Timothy W. Fitzgerald
1116 W Broadway Avenue
Spokane, WA 99260

The County of Spokane
℅ John Nowels, CEO
1100 W Mallon Avenue
Spokane, WA 99260
Email: jnowels@spokanesheriff.org