UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GABRIEL GAMEZ,

Plaintiff-Appellant,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, fictitious entity; et al.,

Defendants-Appellees.

No. 23-35403

D.C. No. 2:23-cv-00015-TOR
Eastern District of Washington, Spokane

ORDER

Before: BADE, LEE, and VANDYKE, Circuit Judges.

Upon a review of the record and the response to the court's July 17, 2023 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

No further filings will be entertained in this closed case.

**DISMISSED.**